

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. PD-0702-13

**SYLVESTER KELLY, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE SIXTH COURT OF APPEALS GREGG COUNTY

**KELLER, P.J., filed a concurring opinion.**

The principle of subsidiarity is the concept that a central authority should have a subsidiary function, performing only those tasks that cannot be performed effectively at a more immediate or local level. It is the idea that problems are best solved where they occur in an organization. I believe that the courts of appeals understand better than we do what is necessary to ensure that appellants are able to review the appellate record. Despite the mistake in this case, it appears that each court has a process that effectively addresses the matter. Because I think that this Court imposes an unnecessary burden upon the courts of appeals, I join its judgment but not its opinion.

Filed: June 25, 2014
Publish